# CHRIS DANIEL
# HARRIS COUNTY DISTRICT CLERK

DATE 6/29/2015

**NOTICE OF APPEALS**
**ASSIGNMENT OF COURT THE COURT OF APPEALS**

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
6/29/2015 5:03:47 PM
CHRISTOPHER A. PRINE
Clerk

TO: 14TH COURT OF APPEALS

From: **Deputy Clerk: PHYLLIS WASHINGTON**
**Chris Daniel, District Clerk**
**Harris County, T E X A S**

**CAUSE: 2014-29960**

**VOLUME** _____ **PAGE** _____ **OR** **IMAGE # 63978350**

**DUE 7/25/2015** **ATTORNEY 06849280**

**NOTICE OF APPEAL HAS BEEN ASSIGNED TO THE 14TH COURT OF APPEALS**

**DATE JUDGMENT SIGNED: 1/23/2015**

**MOTION FOR NEW TRIAL DATE FILED NONE**

**REQUEST TRANSCRIPT DATE FILED NONE**

**NOTICE OF APPEAL DATE FILED 6/25/2015**

**NUMBER OF DAYS: ( CLERKS RECORD ) 30**

**FILE ORDERED: YES ☐ NO ☐ IMAGED FILED: YES ☐ NO ☐**

**CODES FOR NOTICE OF APPEAL: BC, C, OA**

CHRIS DANIEL
Harris County, District Clerk

By: /s/PHYLLIS WASHINGTON
**PHYLLIS WASHINGTON , Deputy**

| | |
|---|---|
| **BC** | **NOTICE OF APPEAL FILED** |
| **BG** | **NOTICE OF APPEAL FILED – GOVERNMENT** |
| **C** | **JUDGMENT BEING APPEALED** |
| **D -** | **ACCELERATED APPEAL** |
| **OA** | **NO CLERK'S RECORD REQUEST FILED** |
| **O** | **CLERK'S RECORD REQUEST FILED (W/NOTICE OF APPEAL)** |
| **NA** | **AMENDED NOTICE OF APPEAL** |

No. 2014-29960

| | | |
|---|---|---|
| M&E ENDEAVOURS LLC | § | IN THE DISTRICT COURT |
| | § | |
| VS. | § | OF HARRIS COUNTY, TEXAS |
| | § | |
| AIR VOICE WIRELESS LLC | § | 295TH JUDICIAL DISTRICT |

## NOTICE OF APPEAL

TO THE HONORABLE COURT:

Air Voice Wireless LLC ("Air Voice") hereby gives this Notice of Appeal from the Default Judgment signed by the Court on January 23, 2015, a true and correct copy of which is attached hereto as Defendant's Exhibit A. Air Voice desires to appeal to either the First or Fourteenth Court of Appeals.

This is a restricted appeal, and pursuant to Rule 25.1(d), TRAP, Air Voices states that it is a party affected by the trial court's judgment but did not participate – either in person or through counsel – in the hearing that resulted in the judgment complained of. Further, Air Voice did not timely file either a postjudgment motion, request for findings of fact and conclusions of law or notice of appeal. Therefore, this Notice of Appeal is filed pursuant to 26.1(c), TRAP, within six months after the judgment was signed.

Respectfully submitted,

/s/ John S. Fason
John S. Fason
SBN 06849280
FasonEservice@gmail.com
701 North Post Oak Rd., Suite 301
Houston, Texas 77024
713-880-4600; Fax 713-880-4602
**Attorney for Air Voice Wireless LLC**

Certificate of Service
I hereby certify that in full compliance with Rules 21 & 21a, TRCP, a true and correct copy of the foregoing with all attachments was served on all counsel of record as follows:
(1) Mr. Anastassios Triantaphyllis, Triantaphyllis Law Firm, 112 E. 4th Street, Houston, Texas

77007, Telecopier number 713-520-8991, tasso@tasso.us Attorney for M&E Endeavours LLC, on the 25th day of June, 2015.

/s/ John S. Fason

_____

John S. Fason

CAUSE NO. 2014-29960

P-3 / 5 NCA

| | | |
|---|---|---|
| **M&E ENDEAVOURS LLC** | § | **IN THE DISTRICT COURT** |
| **Plaintiff,** | § | |
| | § | |
| vs. | § | **OF HARRIS COUNTY, TEXAS** |
| | § | |
| | § | |
| **AIR VOICE WIRELESS, LLC** | § | |
| **Defendant** | § | **295TH JUDICIAL DISTRICT** |

<u>DEFAULT JUDGMENT</u>

On ___January 19, 2015___ *(set on submission)*, M&E Endeavours LLC, Plaintiff, moved for

default judgment after defendant Air Voice Wireless, LLC failed to file an answer in this case. ~~At~~ *The hearing was by submission.* ~~the hearing, Plaintiff appeared through its attorney.~~ Defendant Air Voice Wireless, LLC did not *file an answer or respond to the motion.* ~~appear.~~ The court determined it had jurisdiction over the subject matter and the parties in this

proceeding. After considering the pleadings, the papers on file in this case, and the evidence

Plaintiff presented on liability, damages, and attorney fees, the court grants Plaintiff's motion for

default judgment.

The court hereby RENDERS judgment for M&E Endeavours LLC.

The court finds the following:

1.     Defendant Air Voice Wireless, LLC  was served with citation and a copy of the

Plaintiff's Original Petition on August 4, 2014.

2.     The citation and proof of service were on file with this court for at least ten days

before the judgment was rendered.

3.     The deadline for defendant Air Voice Wireless, LLC to file an answer was September

1, 2014.  However, defendant Air Voice Wireless, LLC did not file an answer or any other pleading

constituting an answer.

4.     The name and last known address of the Registered Agent of Defendant Air Voice

RECORDER'S MEMORANDUM
This instrument is of poor quality
at the time of imaging

Wireless, LLC is Corporate Creations Network Inc, 8175 Creekside Dr #200, Portage, Michigan, 49024.

5.      Defendant Air Voice Wireless, LLC is not in military service.

6.      The damages claimed in the Plaintiff's Original Petition in Intervention are liquidated and proven by a written instrument, which permits a calculation without the necessity of a hearing for evidence.

7.      Defendant Air Voice Wireless, LLC has admitted the material allegations of the Plaintiff's Original Petition and Defendant Air Voice Wireless, LLC is liable to Plaintiff M&E Endeavours LLC.

8.      Plaintiff M&E Endeavours LLC requested attorney fees. Plaintiff offered evidence by filing an affidavit proving reasonable and necessary attorney fees in the amount of $6,750.00.

IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED by the Court that:

a.      Plaintiff M&E Endeavours LLC shall have and recover from Defendant Air Voice Wireless, LLC the sum of:

   (i) ONE HUNDRED SIXTY FIVE THOUSAND TWO HUNDRED FOUR AND 00/100 DOLLARS ($165,204.00) for actual damages; and

   (ii) post judgment at the rate of 5.00 % per annum until paid and court costs

b.      Plaintiff M&E Endeavours LLC shall have and recover from Defendant Air Voice Wireless, LLC attorneys fees in the amount of six thousand seven hundred fifty and 00/100 dollars ($6,750.00);

10.     IT IS, further, ORDERED, ADJUDGED and DECREED that Plaintiff M&E Endeavours LLC shall have all such writs and orders as shall become necessary, in Plaintiff's behalf,

2

to enforce the execution hereof.

11. This judgment is final and disposes of all claims and all parties.

SIGNED this 23rd day of January, 2015.

JAN 2 3 2015

_Caroline Baker_
JUDGE PRESIDING

APPROVED AS TO FORM AND SUBSTANCE
AND ENTRY REQUESTED:

Triantaphyllis Law Firm

/s/ Anastassios Triantaphyllis
By:   Anastassios Triantaphyllis
State Bar No. 20213600
The Civil Justice Center
112 E. 4th Street
Houston, Texas 77007
Telephone No. (713) 240-7650
Telecopier No. (713) 520-8991
Email tasso@tasso.us
Attorney for M&E Endeavours LLC

3

```
JURN7 (NSA#)    JUSTICE INFORMATION MANAGEMENT SYSTEM      JUN 29, 2015(C1)
INT6510                   CIVIL CASE INTAKE               OPT: _____  -  INT
                       GENERAL PARTY INQUIRY              PAGE:   1  -    1

CASE NUM: 201429960__ PJN> __  TRANS NUM: _____ CURRENT COURT: 295 PUB? _
CASE TYPE: CONTRACT                       CASE STATUS: DISPOSED (FINAL)
STYLE: M&E ENDEAVOURS LLC                 VS AIR VOICE WIRELESS LLC
=============================================================================
                    **** INACTIVE PARTIES ****
  PJN   PER/CONN COC  BAR        PERSON NAME              PTY    ASSOC. ATTY
  NUM    NUMBER                                           STAT
_     00003-0001 AGT        AIR VOICE WIRELESS LLC BY SERV
_     00002-0001 DEF 06849280 AIR VOICE WIRELESS LLC         D  FASON, JOHN S
_     00001-0001 PLT 20213600 M&E ENDEAVOURS LLC                TRIANTAPHYLLI




==> (3) CONNECTION(S) FOUND
1=ACTIVE      2=ATY. INQ.   3=ACT.ENTRY   4=ISS. SERV.  5=DOC. INQ.
6=CASE INQ.   7=BACKWARD    8=FORWARD     9=PTY. ADDR.  10=REFRESH   11=HELP
```